UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY SPENCER II, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 15-cv-10634-IT |
| CITY OF BOSTON, et al. | * |
| Defendants. | * |

ORDER

March 21, 2018

TALWANI, D.J.

Plaintiff Barry Spencer II filed a Motion for Leave to Amend Complaint [#45]. This court referred the motion to the Magistrate Judge, who issued a Report and Recommendation [#58] denying the motion as to the claims against those defendants who filed oppositions and allowing it as to the claims against Boston Police Department Officers Zanoli and Colby, who did not oppose the motion. Plaintiff filed an Objection to Report and Recommendation on Plaintiff's Motion to Amend Complaint [#63]. Having considered Plaintiff's objection pursuant to Federal Rule of Civil Procedure 72, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#58]. Plaintiff's Motion for Leave to Amend Complaint [#45] is ALLOWED in part and DENIED in part. Specifically, it is ALLOWED as to Officers Zanoli and Colby and DENIED with respect to the City of Boston, Sergeant Keane, Commissioner Evans, and Mayor Walsh. This matter is REFERRED to the Magistrate Judge for full pretrial proceedings.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge