UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BARRY SPENCER II, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 15-cv-10634-IT |
| | * | |
| CITY OF BOSTON, OFFICER ZANOLI, | * | |
| OFFICER COLBY, and SUPERVISOR | * | |
| DANIEL C. KEANE | * | |
| | * | |
| Defendants. | * | |

ORDER

January 29, 2019

TALWANI, D.J.

After considering the Magistrate Judge's January 9, 2019, Report and Recommendation [#80], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#80] as unopposed. Defendant Colby's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim [#73] is ALLOWED. Further, the remaining claims in the Amended Complaint [#45-1] are DISMISSED and the Complaint [#1] is DISMISSED in its entirety.

IT IS SO ORDERED.

    /s/ Indira Talwani
United States District Judge